# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE NINA Y. WANG

Case No. <u>  20-cv-00627-NYW-MDB  </u>            Date: <u>  March 13-17, 2023  </u>

Case Title: <u>  Acosta v. Pueblo Sch. Dist. No. 60 and Jonathan Dehn  </u>

<u>  Plaintiff's  </u> WITNESS LIST
(Plaintiff/Defendant)

| WITNESS/DESCRIPTION OF TESTIMONY/WILL CALL OR MAY CALL | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| **Donna Raught**. Ms. Raught is expected to testify about the labor dispute between Pueblo Sch. Dist. No. 60 and the Pueblo Education Association ("PEA"), as well as about non-renewals in the school district and the grievance underlying Plaintiff's claim for breach of contract. **Will call** to testify. | March 13, 2023<br><br>2 hours (direct); 1 hour (cross); 30 minutes (re-direct) |
| **Lisa Horton**. Ms. Horton is expected to testify about Plaintiff's performance evaluations and any matter raised during her deposition in this case. **May call** to testify. | March 13, 2023<br><br>30 minutes (direct); 30 minutes (cross); 15 minutes (re-direct) |
| **Eric DeCesaro**. Mr. DeCesaro is expected to testify about the labor dispute between Pueblo Sch. Dist. No. 60 and PEA, as well as about staffing in the school district, his response, on behalf of the school district, to the Plaintiff's grievance, and any matter raised during his deposition in this case. **May call** to testify. | March 13, 2023<br><br>1 hour (direct); 30 minutes (cross); 15 minutes (re-direct) |

| | |
|---|---|
| **Jonathan Dehn**. Mr. Dehn is expected to testify about the labor dispute between Pueblo Sch. Dist. No. 60 and PEA, as well as about staffing at his school, teacher performance evaluations, teacher non-renewals, and his decision to recommend the Plaintiff for non-renewal, and any matter raised during his deposition in this case. **May call** to testify. | March 13-14, 2023<br><br>1 hour (direct); 30 minutes (cross); 15 minutes (redirect) |
| **Monica Acosta**. Ms. Acosta is expected to testify about her professional background, her experience teaching in Sch. Dist. No. 60, the labor dispute between the school district and PEA, the non-renewal of her employment, the damages she experienced because of her non-renewal, her efforts to find employment following her discharge from District 60, and any matter raised during her deposition in this case. **Will call** to testify. | March 14, 2023<br><br>2 hours (direct); 1 hour (cross); 30 minutes (re-direct) |
| **Jane Lillydahl, Ph.D.** Dr. Lillydahl is expected to testify as an expert witness about her professional credentials, her assessment of the Plaintiff's economic damages, and any matter contained in her expert report and accompanying documents in this case. **Will call** to testify. | March 14, 2023<br><br>1 hour (direct); 30 minutes (cross); 15 minutes (re-direct) |
| **Julianne Rodriguez**. Ms. Rodriguez is expected to testify about her relationship with the Plaintiff, as well as about her observations of the Plaintiff before and after her non-renewal from the school district, and any matter raised during her deposition in this case. **Will call** to testify. | March 14, 2023<br><br>45 minutes (direct); 30 minutes (cross); 15 minutes (re-direct) |
| *Any witness identified by the Defendants* | TBD |
| *Any witness necessary for impeachment, rebuttal, or to lay a foundation* | TBD |