IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 20-cv-00627-NYW-MDB | Date: February 21, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| MONICA ACOSTA, | Sharyn Dreyer |
| | Michelle Gibson |
| Plaintiff, | |
| v. | |
| PUEBLO SCHOOL DISTRICT NO. 60, and | David Strachan |
| JONATHAN DEHN, in his individual capacity, | Michael Schreiner |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TRIAL PREPARATION CONFERENCE**

**1:30 p.m.**     **Court in session.**

Appearances of counsel.

Argument by counsel regarding Defendants' Omnibus Motion in Limine [Doc. 91] and Plaintiff's Motion in Limine [Doc. 93].

**ORDERED:** Defendants' Omnibus Motion in Limine [Doc. 91] is GRANTED in part and DENIED in part. The Motion is DENIED with respect to the percipient knowledge of Plaintiff and her sisters regarding what they observed in Plaintiff's conduct or behavior, both before and after the non-renewal. The Motion is GRANTED to preclude Plaintiff and her sisters from testifying with respect to Plaintiff's medical diagnoses or causation. Any argument with respect to Dr. Tonsing is MOOT because his testimony is not being offered at

                trial.  The Motion is DENIED without prejudice with respect to the March 12, 2018 independent fact-finder's report and recommendation.

**ORDERED:** **Plaintiff's Motion in Limine [Doc. 93] is GRANTED.  The arbitrator's advisory decision is excluded.  Defendants are granted leave to renew the motion to the extent that evidence is admitted that places weight on the grievance proceeding and/or the arbitration proceeding.**

Neither party has an objection to the Draft Preliminary Jury Instructions provided by the Court [Doc. 124].

**ORDERED:** **In light of the lack of objections, the Preliminary Jury Instructions are DEEMED stipulated.**

**ORDERED:** **To the extent that Plaintiff objects to the Court giving the jury the preliminary jury instructions regarding how to consider admissible evidence at the beginning of the trial, the objection is overruled.**

Counsel should be present in the courtroom at 8:30 a.m. each day of trial to address any issues with the Court.  Counsel are permitted 15 minutes of *voir dire* per side after the Court conducts its *voir dire* examination.  The Court will seat a total of 8 jurors.  Each side will be allowed 3 peremptory challenges.

Court will review the Parties' proposed *voir dire* questions and provide the Parties with a set of the Court's *voir dire* questions, including the Parties' *voir dire* questions accepted by the Court.

The Court rules on the disputed jury instructions as set forth on the record.  The Court will provide the Parties with a set of final jury instructions in the next few days.

**ORDERED:** **No later than February 28, 2023, Parties shall meet and confer and submit proposed additional stipulated facts with respect to whether or not Defendants stipulate to the fact that the non-renewal was an adverse action, and with respect to Plaintiff being a third-party beneficiary to the collective bargaining agreement between Pueblo School District No. 60 and Pueblo Public Education and Plaintiff being able to enforce its provision.**

**3:33 p.m.**      **Court in recess.**

Hearing concluded.
Total time in court:     2:03