IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE NINA Y. WANG

Case No. 20-CV-00627-NYW-MDB        Date: <u>March 13-17, 2023</u>

Case Title: ACOSTA V PUEBLO SCHOOL DISTRICT NO. 60 ET AL.

DEFENDANTS' WITNESS LIST

| WITNESS/ DESCRIPTION OF TESTIMONY | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| **Monica Acosta** (Will Call)<br><br>Ms. Acosta is the Plaintiff in this matter and will testify in person regarding her claims and the defenses asserted in this matter. | March 13-14, 2023 2 hours (direct); 1 hour (cross); 30 minutes (re-direct) |
| **Jonathan Dehn** (Will Call)<br><br>Mr. Dehn is the Principal at Beulah Heights Elementary, and he was Plaintiff's former supervisor during the relevant time period. Principal Dehn may testify regarding the claims and defenses asserted in this matter including but not necessarily limited to: the School District's mid-March 2018 staff exercise, which resulted in a mandated reduction in force at Beulah Heights Elementary due to anticipated funding decreases and decreased enrollment; his communications with District's employees concerning same and his various attempts to avoid any reduction in force at Beulah Heights Elementary; Plaintiff's work performance and performance evaluations; the reasons and criteria he used to recommend the non-renewal of Plaintiff's employment in May 2018; and conversations and correspondence he had with Plaintiff and other individuals employed and/or associated with the School District. | March 14, 2023 2 hours (direct); 1 hour (cross); 30 minutes (re-direct) |

| | |
|---|---|
| **Eric DeCesaro** (Will Call) | March 14, 2023 1 hour (direct); 30 minutes (cross); 15 minutes (re-direct) |
| Mr. DeCesaro was the School District's Executive Director of Human Resources during the relevant time period, and he may testify concerning the claims and defenses asserted in this matter including but not necessarily limited to: the District's collective bargaining agreement with the Pueblo Education association including the "amnesty clause;" District's annual staffing procedure; District policies regarding reduction in force and non-renewal of staff; the reasons for the non-renewal of Plaintiff's employment; the criteria used to make the decision to non-renew Plaintiff's employment; the application of those criteria to identify Ms. Acosta for non-renewal; and conversations and correspondence he had with Plaintiff and other individuals employed and/or associated the District. | 3/15/23 |
| **Lisa Horton** (May call) | March 14, 2023 1 hour (direct) 30 minutes (cross); 15 minutes (re-direct) |
| Ms. Horton was Beulah Height Elementary's former Dean of Students during the relevant time period who conducted Plaintiff's performance evaluations for the 2016-2017. Ms. Horton may testify concerning the claims and defenses asserted in this matter including but not necessarily limited to: her teacher evaluations of Plaintiff; the reasons and justifications for her numerical teacher evaluations of Plaintiff; and conversations and correspondence she had with Plaintiff and other individuals employed and/or associated the School District. | |
| **Charlotte Macaluso** (May Call) | March 15, 2023 30 minutes (direct); 15 minutes (cross); 15 minutes (re-direct) |
| Ms. Macaluso is the School District's Superintendent, and she held that position during the relevant time period. Ms. Macaluso may testify concerning the claims and defenses asserted in this matter including but not necessarily limited to: the School District's finances during the relevant time period; the School District's personnel policies and practices; the reasons and | |

justifications for the non-renewal of Plaintiff's employment; and conversations and correspondence she had with Plaintiff and other individuals employed and/or associated the School District.

| | |
|---|---|
| **Donna Crawford** (May Call) | March 15, 2023 15 minutes (direct); 15 minutes (cross); 5 minutes (re-direct) |

Ms. Crawford is the School District's Director of Federal Programs, and she held that position during the relevant time period. Ms. Crawford may testify concerning the claims and defenses asserted in this matter including but not necessarily limited to: the District's federal grant funding during the relevant time period and the conversations and correspondence she had with individuals employed and/or associated the School District concerning same.

| | |
|---|---|
| **Joan McDonald** (May Call) | March 15, 2023 30 minutes (direct); 15 minutes (cross); 15 minutes (re-direct) |

Ms. McDonald was the District's former Supervisor of Human Resources during the relevant time period, and she may testify concerning the claims and defenses asserted in this matter including but not necessarily limited to her written and verbal communications with Principal Dehn and other District employees as well any documents she authored which were previously disclosed to Plaintiff.

3/15/23

| | |
|---|---|
| **David Horner** (May Call) | March 15, 2023 45 minutes (direct); 30 minutes (cross); 15 minutes (re-direct) |

Mr. Horner is the School District's Chief Financial Officer, and he may testify concerning the claims and defenses asserted in the matter including but not necessarily limited to: the School District's finances during the relevant time period, the spreadsheet he created on or about mid-March 2018 reflecting, by school, the number of full-time teachers authorized during the 2018-2019 academic school year, and conversations and correspondence he had with various

individuals employed and/or associated the School District.

| | |
|---|---|
| **Any witness identified by the Plaintiff.** | TBD. |
| **Any witness necessary for impeachment, rebuttal, or to lay foundation.** | TBD. |

4876-0070-6891, v. 1