# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00627-NYW-MDB

MONICA ACOSTA,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60, and
JONATHAN DEHN, in his individual capacity,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This matter was tried on March 13, 2023 through March 16, 2023 before a duly sworn jury of eight, United States District Judge Nina Y. Wang presiding. The trial proceeded to conclusion and the jury rendered its Special Verdict Form.

Accordingly, it is ORDERED that final judgment is hereby entered in favor of Defendants Pueblo School District No. 60 and Jonathan Dehn and against Plaintiff Monica Acosta. It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that Plaintiff's Amended Complaint and this civil action are DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this 17th day of March, 2023.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Emily Buchanan
                Emily Buchanan, Deputy Clerk